UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

                              :    MAGISTRATE NO. 2:17mj6010(SCM)

                              :

v.                            :

                              :    ORDER

JOSE MANUAL ALBA URENA          :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___10th___ day of __February__, 2017,

ORDERED that _____Patrick McMahon, Esq._____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause ~~until further order of the Court~~. FOR TODAY ONLY.

_____
STEVEN C. MANNION
United States Magistrate Judge